# EXHIBIT A

## PLAINTIFF'S CERTIFICATION

BlueSky Capital Partners, LLC ("Plaintiff") declares that:

1. I have reviewed the first filed complaint in the Chicago Bridge & Iron Company N.V. Securities Litigation and adopt, and would authorize the filing of, that complaint.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. Plaintiff wants to serve as a lead plaintiff in this litigation either individually or as part of a group, and Plaintiff understands that a lead plaintiff is a representative party who must act on behalf of and in the best interests of other class members in directing the action. If Plaintiff is appointed as lead plaintiff individually or as part of a group, Plaintiff is ready, willing and able to diligently fulfill the obligations of a lead plaintiff and representative party.

4. Plaintiff's transactions in Chicago Bridge & Iron Company N.V. securities during the Class Period are set forth on the schedule attached hereto.

5. During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class under the federal securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court. Plaintiff understands that this is not a claim form and that Plaintiff's ability to share in any recovery as a member of the class is unaffected by Plaintiff's decision to serve as a representative party. Plaintiff has chosen to seek involvement in this litigation as a Lead Plaintiff in order to choose which counsel will represent Plaintiff and the class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __1__ day of __May__ 20__17__.

_____
Signature
(Manpreet Mattu)
PRESIDENT, BlueSky Capital Partners, LLC

## CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION

### SCHEDULE OF TRANSACTIONS OF BLUESKY CAPITAL PARTNERS LLC
### CLASS PERIOD: 10/29/2013-12/10/2014

COMMON SHARES

| DATE | B/S | SHARES | PRICE |
|---|---|---|---|
| 5/19/2014 | B | 10,000 | $77.50 |
| 6/9/2014 | S | 10,000 | $83.49 |
| 6/23/2014 | B | 10,000 | $75.00 |
| 6/23/2014 | B | 10,000 | $80.00 |

OPTIONS

| DATE | CONTRACT | DESCRIPTION | QUANTITY | PREMIUM |
|---|---|---|---|---|
| 4/24/2014 | CBI May 17 2014 77.5 Put | Sell to Open | 100 | $0.40[1] |
| 5/5/2014 | CBI Jun 21 2014 70.0 Put | Sell to Open | 47 | $0.45 |
| 5/5/2014 | CBI Jun 21 2014 70.0 Put | Sell to Open | 53 | $0.41 |
| 5/13/2014 | CBI Jun 21 2014 75.0 Put | Sell to Open | 94 | $0.57[1] |
| 5/13/2014 | CBI Jun 21 2014 75.0 Put | Sell to Open | 6 | $0.56[1] |
| 5/19/2014 | CBI Jun 21 2014 80.0 Call | Sell | 100 | $1.10 |
| 6/5/2014 | CBI Jul 19 2014 75.0 Put | Sell to Open | 100 | $0.60 |
| 6/9/2014 | CBI Jun 21 2014 80.0 Call | Buy | 100 | $4.10 |
| 6/9/2014 | CBI Jun 21 2014 80.0 Put | Sell to Open | 100 | $0.30[1] |
| 6/11/2014 | CBI Jun 21 2014 70.0 Put | Buy to Close | 54 | $0.05 |
| 6/11/2014 | CBI Jun 21 2014 70.0 Put | Buy to Close | 46 | $0.04 |
| 7/11/2014 | CBI Jul 19 2014 75.0 Put | Buy to Close | 100 | $8.00 |

---

[1] The common share acquisitions identified above were made pursuant to these put options.