```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
|   |   |
|---|---|
| CITY OF DEARBORN HEIGHTS ACT 345 POLICE & FIRE RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated, | 17 Civ. 1580 (LGS) |
| Plaintiff, | |
| -against- | |
| CHICAGO BRIDGE & IRON COMPANY N.V., et al., | |
| Defendants, | |

------------------------------------------------------------X

|   |   |
|---|---|
| THOMAS HUBBELL, Individually and on behalf of all others similarly situated, | 17 Civ. 2414 (LGS) |
| Plaintiff, | |
| -against- | **ORDER** |
| CHICAGO BRIDGE & IRON COMPANY N.V., et al., | |
| Defendants. | |

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 13, 2017, a conference was held to discuss the consolidation of the above-captioned actions and the appointment of a lead plaintiff and lead counsel; for the reasons stated on the record at the conference, it is hereby

**ORDERED** that the Clerk of Court shall consolidate case 17 Civ. 1580 (as lead case) with case 17 Civ. 2414. All filings made after the issuance of this Order in connection with the consolidated action shall be entered in the docket of the lowest-numbered case, 17 Civ. 1580. After consolidation, the Clerk of Court shall amend the caption of this case to be: "In re Chicago Bridge & Iron Company N.V. Securities Litigation." The Clerk of Court is further directed to close the higher-numbered case, 17 Civ. 2414. It is further

**ORDERED** that ALSAR Ltd. Partnership ("ALSAR") is appointed lead plaintiff in this action.  It is further

**ORDERED** that ALSAR's chosen counsel, Kahn Swick & Foti, LLC, is appointed as lead counsel.  It is further

**ORDERED** that ALSAR shall file a consolidated complaint by August 14, 2017.  It is further

**ORDERED** that Defendants shall file their motion to dismiss by September 28, 2017; any opposition from Plaintiffs is due November 13, 2017; any reply from Defendants is due December 4, 2017.  It is further

**ORDERED** that Defendants shall file their motion to transfer by June 16, 2017; any opposition from Plaintiffs is due June 30, 2017; any reply from Defendants is due July 7, 2017.

The Clerk of Court is respectfully directed to close the motions at Docket Nos. 25, 28, 31, 34, 35 and 40.

DATED:  June 14, 2017
        New York, New York

                                          _____
                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**