# EXHIBIT A

## SECOND AMENDED CERTIFICATION PURSUANT TO SECURITIES LAWS

Robert Fishel, Representative of ALSAR Ltd. Partnership ("Lead Plaintiff") declares, as to the claims asserted under the federal securities law, that:

1. Lead Plaintiff has fully reviewed the facts of the complaint(s) filed in this action alleging violations of the securities laws and adopts the allegations of the complaint(s).
2. Lead Plaintiff did not purchase securities of **Chicago Bridge & Iron Company N.V.** at the direction of counsel or in order to participate in a private action under the federal securities laws.
3. Lead Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. During the revised Class Period, Lead Plaintiff has executed transactions in the securities of **Chicago Bridge & Iron Company N.V.** as follows. *See* Schedule of Transactions attached hereto.
5. In the last three years, Lead Plaintiff has not sought to serve as a representative party on behalf of a class in an action filed under the federal securities laws, except as indicated herein: *In re Tesco PLC Secs. Litig.*, No. 1:14-cv-8495 (S.D.N.Y.).
6. Lead Plaintiff will not accept payment for serving as such beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 8/10/17 , 2017

_____
Robert Fishel
Representative of ALSAR Ltd. Partnership

**ALSAR Ltd. Partnership**
**Schedule of Trades in Common Stock of Chicago Bridge & Iron Company**
**Class Period:   10/29/2013 - 6/23/2015**

**Purchases:**

| Date | Quantity | Price |
|---|---|---|
| 8/18/2014 | 125000 | $59.06 |
| 10/2/2014 | 10000 | $53.99 |
| 10/3/2014 | 15000 | $54.59 |
| 10/16/2014 | 25000 | $46.54 |
| 10/27/2014 | 10000 | $52.48 |
| 11/13/2014 | 10000 | $53.08 |
| 11/24/2014 | 10000 | $53.58 |
| 2/5/2015 | 20000 | $35.34 |

**Sales:**

| Date | Quantity | Price |
|---|---|---|
| 10/15/2014 | 25000 | $44.46 |
| 5/18/2015 | 40000 | $57.32 |
| 5/21/2015 | 10000 | $58.13 |