

James Leahy
Tel 713.374.3534
Fax 713.754.7575
leahyj@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/5/2018__

Application GRANTED. Counsel for Plaintiff Ronald Ballschmiede shall call Chambers at (212) 805-0288 on September 6, 2018, at 10:30 A.M.

September 4, 2018

Dated: September 5, 2018
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

The Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *In re Chicago Bridge & Iron Company N.V. Securities Litigation,*
     No. 1:17-cv-1580-LGS (S.D.N.Y)

Dear Judge Schofield:

I am counsel for Ronald Ballschmiede in the captioned securities action and am requesting permission to participate, via telephone, in the September 6, 2018 status conference. I am currently preparing for two trials, one of which begins on October 1, 2018 and another that begins on October 22, 2018. My associate, Nicole Bakare, is also preparing for the October 1, 2018 trial, and my partner and local counsel, Robert Horowitz, is unable to attend the status conference. He will be traveling home from a mediation tomorrow and spending Thursday preparing a client for an SEC deposition that is scheduled to take place in Washington, D.C. on Friday.

I have spoken with counsel for the plaintiff and Mr. Ballschmiede's co-defendants, and they do not oppose this request, subject to permission being granted by the Court.

Best regards,

James Leahy

JRL:alb

cc:  *Via E-mail*
     Amy Pharr Hefley amy.hefley@bakerbotts.com
     Christopher J. Keller ckeller@labaton.com
     Daniel Kuznicki kuznicki@browerpiven.com
     David Avi Rosenfeld drosenfeld@rgrdlaw.com
     David D. Sterling david.sterling@bakerbotts.com
     Douglas W Henkin douglas.henkin@bakerbotts.com
     Douglas W Henkin douglas.henkin@bakerbotts.com

September 4, 2018
Page 2

      Jeremy Alan Lieberman jalieberman@pomlaw.com
      Joseph Alexander Hood, II ahood@pomlaw.com
      Joshua B. Silverman jbsilverman@pomlaw.com
      Kim Elaine Miller kim.miller@ksfcounsel.com
      Meagan Alicia Farmer mfarmer@gardylaw.com
      Michael Jason Klein mklein@ssbny.com
      Patrick Vincent Dahlstrom pdahlstrom@pomlaw.com
      Rebeca Aizpuru Huddle rebeca.huddle@bakerbotts.com
      Robert Allen Horowitz horowitzr@gtlaw.com
      Samuel Howard Rudman srudman@rgrdlaw.com
      Shannon Lee Hopkins shopkins@zlk.com