UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | ) ) ) ) ) ) ) CASE NO. 1:17-CV-1580 |

**STIPULATION AND [PROPOSED] ORDER**
**GOVERNING SCHEDULING OF EXPERT DISCOVERY**

Lead Plaintiff ALSAR Ltd. Partnership and additional Plaintiffs Iron Workers Local 40, 361, & 417 – Union Security Funds and Iron Workers Local 580 – Joint Funds (collectively, "Plaintiffs") and defendants Chicago Bridge & Iron Company N.V., Philip K. Asherman, Ronald A. Ballschmiede and Westley S. Stockton (collectively, "Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby jointly stipulate to the following schedule to govern expert discovery in this action, subject to the Court's approval:

**I.    Schedule for Identification of Experts and Exchange of Expert Reports**

| Date: | Event: |
|---|---|
| November 29, 2019 | Deadline for Completion of Fact Discovery |
| January 31, 2020 (was 2019) | Deadline to Serve Opening Expert Reports on any Issue for Which a Party Bears the Burden of Proof |
| March 31, 2020 | Deadline to Serve Rebuttal Expert Reports |
| June 1, 2020 | Deadline to Serve Responses to Rebuttal Expert Reports |

**II.   Schedule for Expert Depositions and Completion of Expert Discovery**

| Date: | Event: |
|---|---|
| June 30, 2020 | Deadline for Completion of Expert Discovery |

*Parties will make each of their respective experts available for deposition on a mutually agreeable date within 30 days after service of the expert's report.

*Plaintiffs contend that only one deposition per expert should be permitted, while Defendants contend that one deposition per expert report should be permitted. The Court will refer the issue to the previously appointed special master for resolution.

**STIPULATED AND AGREED BY:**

**KAHN SWICK & FOTI, LLC**

*[signature]*

Kim E. Miller (KM-6996)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*Counsel for Lead Plaintiff ALSAR Ltd. Ltd. and Lead Counsel for the Class*

**BAKER BOTTS L.L.P.**

*[signature] D. Sterling w/ permission by*

David Sterling
One Shell Plaza
910 Louisiana Street
Houston, TX 77022
Telephone: (713) 229-1946
Facsimile: (713) 229-7946

*Counsel for Defendants Chicago Bridge and Iron, Philip K. Asherman, and Westley S. Stockton*

**POMERANTZ LLP**

*[signature] J. Silverman w/ permission by*

Joshua B. Silverman
10 South La Salle St., Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

*Counsel for Additional Plaintiffs Iron Workers Local 40, 361 & 417 – Union Security Funds and Iron Workers Local 580 – Joint Funds*

**GREENBERG TRAURIG, LLP**

*[signature] J. Leahy w/ permission by*

James R. Leahy
1000 Louisiana Street, Suite 1700
Houston, TX 77002
Telephone: (713) 374-3500
Facsimile: (713) 754-3305

*Counsel for Defendant Ronald A. Ballschmiede*

**SO ORDERED.**

Dated: Nov. 21, 2019

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**