UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
                                                              :
                                                              :
IN RE CHICAGO BRIDGE & IRON                                   :   17 Civ. 1580 (LGS)
COMPANY N.V. SECURITIES LITIGATION                            :
                                                              :   **ORDER**
                                                              :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 26, 2020, the Court issued an order scheduling a pre-motion conference for May 7, 2020, at 11:00 a.m. (Dkt. No. 238). It is hereby

**ORDERED** that the parties shall appear by telephone, by calling (888) 363-4749 and using access code 558-3333, at the appointed day and time.

Dated: May 4, 2020
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**