UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                         :
IN RE CHICAGO BRIDGE & IRON        :      17 Civ. 1580 (LGS)
COMPANY N.V. SECURITIES LITIGATION :
                                                         :              **ORDER**
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on July 14, 2020, the parties filed a joint status letter regarding the status of mediation and a proposed briefing schedule for a summary judgment motion (Dkt. No. 247). It is hereby

      **ORDERED** that Defendants shall file any motion for summary judgment, not to exceed twenty-five (25) pages, by **September 4, 2020**. Plaintiffs shall file their opposition, not to exceed twenty-five (25) pages, by **October 6, 2020**. Defendants shall file their reply, not to exceed ten (10) pages, by **October 20, 2020**. It is further

      **ORDERED** that the parties shall refrain from briefing *Daubert* motions until the motion for summary judgment is adjudicated, and the Court orders the relevant briefing schedule. It is further

      **ORDERED** that Defendants, the last party to file, shall provide courtesy copies of all briefs to the Court in accordance with the Court's Individual Rule III.B.5. The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers. It is further

      **ORDERED** that the notice administrator and Plaintiffs shall proceed with dissemination of the proposed form and manner of notice as approved by the Court (Dkt. No. 240).

Dated: July 15, 2020
       New York, New York

                                               LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE