UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                :

IN RE CHICAGO BRIDGE & IRON        :     17 Civ. 1580 (LGS)
COMPANY N.V. SECURITIES LITIGATION  :
                                                :          **ORDER**
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 6, 2020, Plaintiffs sought leave to file their opposition to Defendants' motion for summary judgment and supporting papers under seal and in redacted form (Dkt. No. 263).

WHEREAS, on October 13, 2020, Defendants stated that they seek redaction of individual telephone numbers from Exhibits J, L, M and O to Plaintiffs' opposition (Dkt. No. 277). It is hereby

**ORDERED** that Plaintiffs shall file Exhibits J, L, M and O to their opposition to Defendants' motion for summary judgment in redacted form and under seal, redacting the telephone numbers identified by Defendants. Only the parties identified in the Appendix to Docket No. 263 shall have access to Exhibits J, L, M and O. It is further

**ORDERED** that Plaintiffs' remaining exhibits, opposition to Defendants' motion for summary judgment and Rule 56.1 counter-statement shall not be filed under seal. The Clerk of Court is respectfully directed to close the docket entry at number 263.

Dated: October 14, 2020
       New York, New York

                                                                  LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE