**BAKER BOTTS L.L.P.**

Brian C. Kerr
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2543
Fax: (212) 259-2543

David D. Sterling (admitted *pro hac vice*)
Amy Pharr Hefley (admitted *pro hac vice*)
910 Louisiana
Houston, TX 77002
Telephone: (713) 229-1946
Fax: (713) 229-7946

*Counsel for Defendants
Chicago Bridge & Iron Company N.V.,
Philip Asherman, Ron Ballschmiede and
Westley Stockton*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | **CASE NO. 1:17-CV-1580**<br><br>Hon. Lorna Schofield |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'
<u>MOTION *IN LIMINE* NO. 1</u>**

Defendants Chicago Bridge & Iron Co. N.V. submit this Memorandum of Law in support of their Motion *in Limine* No. 1 to preclude use of demonstrative exhibits before the jury prior to conferring with opposing counsel.

The propriety of a demonstrative exhibit "will depend on whether it is properly authenticated and accurately reflects the testimony and opinion of the witness whose testimony it is meant to explain." *Rodriguez v. Village of Port Chester*, 2021 WL 1644226, at *10 (S.D.N.Y. Apr. 26, 2021). While demonstrative exhibits "have no probative value in themselves," they might be interpreted by the jury "as real-life recreations of substantive evidence that they must accept as

true." *Id.* Because of the potential that such exhibits may be unduly prejudicial, any demonstrative should not be shown to the jury before opposing counsel may examine and the Court rules on the admissibility of any demonstrative. FED. R. EVID. 402, 403.

Dated: December 13, 2021
Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ David D. Sterling*
    Brian C. Kerr
    30 Rockefeller Plaza
    New York, NY 10112-4498
    Tel: (212) 408-2543
    Fax: (212) 259-2543
    brian.kerr@bakerbotts.com

    David D. Sterling (admitted *pro hac vice*)
    Texas Bar No. 19170000
    Amy Pharr Hefley (admitted *pro hac vice*)
    Texas Bar No. 24046046
    910 Louisiana St.
    Houston, Texas 77002
    Tel: (713) 229-1946
    Fax: (713) 229-7946
    david.sterling@bakerbotts.com
    amy.hefley@bakerbotts.com

**COUNSEL FOR DEFENDANTS**