**BAKER BOTTS L.L.P.**

Brian C. Kerr
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2543
Fax: (212) 259-2543

David D. Sterling (admitted *pro hac vice*)
Amy Pharr Hefley (admitted *pro hac vice*)
910 Louisiana
Houston, TX 77002
Telephone: (713) 229-1946
Fax: (713) 229-7946

*Counsel for Defendants*
*Chicago Bridge & Iron Company N.V.,*
*Philip Asherman, Ron Ballschmiede and*
*Westley Stockton*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | ) ) ) ) ) **CASE NO. 1:17-CV-1580**<br><br>Hon. Lorna Schofield |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'**
**<u>MOTION *IN LIMINE* NO. 2</u>**

Defendants Chicago Bridge & Iron Co. N.V., Philip K. Asherman, Ronald A. Ballschmiede, and Westley S. Stockton submit this Memorandum of Law in support of their Motion *in Limine* No. 2 to preclude any mention of, reference to, or comment about communications between the Plaintiffs or their attorneys and Defendants or their attorneys concerning offers or negotiations of settlement.

Evidence of "furnishing, promising, or offering – or accepting, promising to accept, or offering to accept – a valuable consideration in compromising or attempting to compromise the claim; and conduct or a statement made during compromise negotiations about the claim," is

inadmissible on behalf of any party "to prove or disprove the validity or amount of a disputed claim or to impeach by a prior inconsistent statement or contradiction." FED. R. EVID. 408.

| | |
|---|---|
| Dated: December 13, 2021 | Respectfully submitted, |

**BAKER BOTTS L.L.P.**

By: */s/ David D. Sterling*
    Brian C. Kerr
    30 Rockefeller Plaza
    New York, NY 10112-4498
    Tel: (212) 408-2543
    Fax: (212) 259-2543
    brian.kerr@bakerbotts.com

    David D. Sterling (admitted *pro hac vice*)
    Texas Bar No. 19170000
    Amy Pharr Hefley (admitted *pro hac vice*)
    Texas Bar No. 24046046
    910 Louisiana St.
    Houston, Texas 77002
    Tel: (713) 229-1946
    Fax: (713) 229-7946
    david.sterling@bakerbotts.com
    amy.hefley@bakerbotts.com

COUNSEL FOR DEFENDANTS