**BAKER BOTTS L.L.P.**

Brian C. Kerr
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2543
Fax: (212) 259-2543

David D. Sterling (admitted *pro hac vice*)
Amy Pharr Hefley (admitted *pro hac vice*)
910 Louisiana
Houston, TX 77002
Telephone: (713) 229-1946
Fax: (713) 229-7946

*Counsel for Defendants*
*Chicago Bridge & Iron Company N.V.,*
*Philip Asherman, Ron Ballschmiede and*
*Westley Stockton*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | **CASE NO. 1:17-CV-1580**<br><br>Hon. Lorna Schofield |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'**
**MOTION *IN LIMINE* NO. 5**

Defendants Chicago Bridge & Iron Co. N.V. ("CB&I"), Philip K. Asherman, Ronald A. Ballschmiede, and Westley S. Stockton submit this Memorandum of Law in support of their Motion *in Limine* No. 5 to preclude any mention of Defendants' attorneys' law firm or any mention of "in-house" lawyers who are associated with Defendants. This includes but is not limited to references to the size of the law firm, to the number of attorneys at the law firm, or to the number of attorneys on this particular case.

Such information is irrelevant to the issues before the Court, and any probative value of such evidence is substantially outweighed by the danger of unfair prejudice, confusion of the

issues, misleading the jury, or by considerations of undue delay.  *See* FED. R. EVID. 401, 402, 403; *see also Blue Cross & Blue Shield of New Jersey, Inc. v. Philip Morris, Inc.*, No. 98 CV 3287 (JBW), 2000 WL 1805359, at *2 (E.D.N.Y. Dec. 11, 2000) (granting motion *in limine* "to exclude references to the Law Firms Representing Defendants, and to Such Law Firms' Attorneys, Paralegals, and Other Staff Members").

Dated: December 13, 2021    Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ David D. Sterling*
    Brian C. Kerr
    30 Rockefeller Plaza
    New York, NY 10112-4498
    Tel: (212) 408-2543
    Fax: (212) 259-2543
    brian.kerr@bakerbotts.com

    David D. Sterling (admitted *pro hac vice*)
    Texas Bar No. 19170000
    Amy Pharr Hefley (admitted *pro hac vice*)
    Texas Bar No. 24046046
    910 Louisiana St.
    Houston, Texas 77002
    Tel: (713) 229-1946
    Fax: (713) 229-7946
    david.sterling@bakerbotts.com
    amy.hefley@bakerbotts.com

**COUNSEL FOR DEFENDANTS**