**BAKER BOTTS L.L.P.**

Brian C. Kerr
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2543
Fax: (212) 259-2543

David D. Sterling (admitted *pro hac vice*)
Amy Pharr Hefley (admitted *pro hac vice*)
910 Louisiana
Houston, TX 77002
Telephone: (713) 229-1946
Fax: (713) 229-7946

*Counsel for Defendants*
*Chicago Bridge & Iron Company N.V.,*
*Philip Asherman, Ron Ballschmiede and*
*Westley Stockton*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | ) ) ) ) ) **CASE NO. 1:17-CV-1580** <br><br> Hon. Lorna Schofield |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'**
**<u>MOTION *IN LIMINE* NO. 9</u>**

Defendants Chicago Bridge & Iron Co. N.V. ("CB&I"), Philip K. Asherman, Ronald A. Ballschmiede, and Westley S. Stockton submit this Memorandum of Law in support of their Motion *in Limine* No. 9 to preclude any reference to any claim, allegation, or prayer of Plaintiffs not specifically pleaded.

The allowance of testimony concerning such unpleaded claims would operate as a prejudice to Defendants and would hinder their ability to obtain a fair trial. FED. R. EVID. 403.

|  |  |
|---|---|
| Dated: December 13, 2021 | Respectfully submitted, |
|  | **BAKER BOTTS L.L.P.** |
|  | By: */s/ David D. Sterling* |
|  | Brian C. Kerr |
|  | 30 Rockefeller Plaza |
|  | New York, NY 10112-4498 |
|  | Tel: (212) 408-2543 |
|  | Fax: (212) 259-2543 |
|  | brian.kerr@bakerbotts.com |
|  | |
|  | David D. Sterling (admitted *pro hac vice*) |
|  | Texas Bar No. 19170000 |
|  | Amy Pharr Hefley (admitted *pro hac vice*) |
|  | Texas Bar No. 24046046 |
|  | 910 Louisiana St. |
|  | Houston, Texas 77002 |
|  | Tel: (713) 229-1946 |
|  | Fax: (713) 229-7946 |
|  | david.sterling@bakerbotts.com |
|  | amy.hefley@bakerbotts.com |
|  | |
|  | COUNSEL FOR DEFENDANTS |