**BAKER BOTTS L.L.P.**

Brian C. Kerr
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2543
Fax: (212) 259-2543

David D. Sterling (admitted *pro hac vice*)
Amy Pharr Hefley (admitted *pro hac vice*)
910 Louisiana
Houston, TX 77002
Telephone: (713) 229-1946
Fax: (713) 229-7946

*Counsel for Defendants*
*Chicago Bridge & Iron Company N.V.,*
*Philip Asherman, Ron Ballschmiede and*
*Westley Stockton*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | **CASE NO. 1:17-CV-1580**<br><br>Hon. Lorna Schofield |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'**
**<u>MOTION *IN LIMINE* NO. 11</u>**

Defendants Chicago Bridge & Iron Co. N.V. ("CB&I"), Philip K. Asherman, Ronald A. Ballschmiede, and Westley S. Stockton submit this Memorandum of Law in support of their Motion *in Limine* No. 11 to preclude any non-relevant statements, exchanges, instructions to witnesses not to answer questions, or objections by counsel during depositions, and any reference to or mention of any objections made during discovery or any other discovery disputes.

Statements and objections by counsel are not evidence and are not relevant, and any possible relevance is substantially outweighed by the dangers of prejudice and confusion of the issues. FED. R. EVID. 402, 403.

|  |  |
|---|---|
| Dated: December 13, 2021 | Respectfully submitted, |
|  | **BAKER BOTTS L.L.P.** |
|  | By: */s/ David D. Sterling* |
|  | Brian C. Kerr |
|  | 30 Rockefeller Plaza |
|  | New York, NY 10112-4498 |
|  | Tel: (212) 408-2543 |
|  | Fax: (212) 259-2543 |
|  | brian.kerr@bakerbotts.com |
|  |  |
|  | David D. Sterling (admitted *pro hac vice*) |
|  | Texas Bar No. 19170000 |
|  | Amy Pharr Hefley (admitted *pro hac vice*) |
|  | Texas Bar No. 24046046 |
|  | 910 Louisiana St. |
|  | Houston, Texas 77002 |
|  | Tel: (713) 229-1946 |
|  | Fax: (713) 229-7946 |
|  | david.sterling@bakerbotts.com |
|  | amy.hefley@bakerbotts.com |
|  |  |
|  | COUNSEL FOR DEFENDANTS |