**BAKER BOTTS L.L.P.**

Brian C. Kerr
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2543
Fax: (212) 259-2543

David D. Sterling (admitted *pro hac vice*)
Amy Pharr Hefley (admitted *pro hac vice*)
910 Louisiana
Houston, TX 77002
Telephone: (713) 229-1946
Fax: (713) 229-7946

*Counsel for Defendants*
*Chicago Bridge & Iron Company N.V.,*
*Philip Asherman, Ron Ballschmiede and*
*Westley Stockton*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | **CASE NO. 1:17-CV-1580**<br><br>Hon. Lorna Schofield |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'**
**MOTION *IN LIMINE* NO. 12**

Defendants Chicago Bridge & Iron Co. N.V. ("CB&I"), Philip K. Asherman, Ronald A. Ballschmiede, and Westley S. Stockton submit this Memorandum of Law in support of their Motion *in Limine* No. 12 to preclude any mention of or reference to the criminal guilty pleas of Kevin Marsh (former SCANA Corporation CEO and Chairman of its Board of Directors) and Stephen Byrne (former SCANA EVP and former COO of South Carolina Electric & Gas Company).

The allegations giving rise to those guilty pleas concerned non-CB&I statements and events that occurred in 2016, well after CB&I sold the Shaw nuclear business to Westinghouse Electric Co. LLC.  Thus, the guilty pleas and events giving rise to them are not relevant to the allegations or challenged statements at issue in this lawsuit, and any such reference or mention could only serve to unfairly prejudice, confuse, and mislead the members of the jury.  FED. R. EVID. 402, 403.

Dated: December 13, 2021                     Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ David D. Sterling*
     Brian C. Kerr
     30 Rockefeller Plaza
     New York, NY 10112-4498
     Tel: (212) 408-2543
     Fax: (212) 259-2543
     brian.kerr@bakerbotts.com

     David D. Sterling (admitted *pro hac vice*)
     Texas Bar No. 19170000
     Amy Pharr Hefley (admitted *pro hac vice*)
     Texas Bar No. 24046046
     910 Louisiana St.
     Houston, Texas 77002
     Tel: (713) 229-1946
     Fax: (713) 229-7946
     david.sterling@bakerbotts.com
     amy.hefley@bakerbotts.com

**COUNSEL FOR DEFENDANTS**