**BAKER BOTTS L.L.P.**

Brian C. Kerr
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2543
Fax: (212) 259-2543

David D. Sterling (admitted *pro hac vice*)
Amy Pharr Hefley (admitted *pro hac vice*)
910 Louisiana
Houston, TX 77002
Telephone: (713) 229-1946
Fax: (713) 229-7946

*Counsel for Defendants*
*Chicago Bridge & Iron Company N.V.,*
*Philip Asherman, Ron Ballschmiede and*
*Westley Stockton*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | ) ) ) ) ) **CASE NO. 1:17-CV-1580**<br><br>Hon. Lorna Schofield |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'**
<u>**MOTION *IN LIMINE* NO. 13**</u>

Defendants Chicago Bridge & Iron Co. N.V. ("CB&I"), Philip K. Asherman, Ronald A. Ballschmiede, and Westley S. Stockton submit this Memorandum of Law in support of their Motion *in Limine* No. 13 to preclude any reference to the fact that Defendants have filed a motion in limine requesting relief from this Court or that such relief has been granted.

Any implication that certain evidence has been excluded is prejudicial. *Ingerick v. Mess*, 63 F.2dd 233 (2d Cir. 1933).

2

| | |
|---|---|
| Dated: December 13, 2021 | Respectfully submitted,<br><br>**BAKER BOTTS L.L.P.**<br><br>By: _/s/ David D. Sterling_<br>  Brian C. Kerr<br>  30 Rockefeller Plaza<br>  New York, NY 10112-4498<br>  Tel: (212) 408-2543<br>  Fax: (212) 259-2543<br>  brian.kerr@bakerbotts.com<br><br>  David D. Sterling (admitted _pro hac vice_)<br>  Texas Bar No. 19170000<br>  Amy Pharr Hefley (admitted _pro hac vice_)<br>  Texas Bar No. 24046046<br>  910 Louisiana St.<br>  Houston, Texas 77002<br>  Tel: (713) 229-1946<br>  Fax: (713) 229-7946<br>  david.sterling@bakerbotts.com<br>  amy.hefley@bakerbotts.com<br><br>COUNSEL FOR DEFENDANTS |