**BAKER BOTTS L.L.P.**

Brian C. Kerr
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2543
Fax: (212) 259-2543

David D. Sterling (admitted *pro hac vice*)
Amy Pharr Hefley (admitted *pro hac vice*)
910 Louisiana
Houston, TX 77002
Telephone: (713) 229-1946
Fax: (713) 229-7946

*Counsel for Defendants*
*Chicago Bridge & Iron Company N.V.,*
*Philip Asherman, Ron Ballschmiede and*
*Westley Stockton*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | ) ) ) ) ) **CASE NO. 1:17-CV-1580**<br><br>Hon. Lorna Schofield |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'**
<u>**MOTION *IN LIMINE* NO. 14**</u>

Defendants Chicago Bridge & Iron Co. N.V., Philip K. Asherman, Ronald A. Ballschmiede, and Westley S. Stockton submit this Memorandum of Law in support of their Motion *in Limine* No. 14 to preclude any document, tangible thing, report, model, data compilation, or similar product provided to, reviewed by, or prepared by or for an expert that has not been produced to Defendants, as well as any new expert opinions that were not timely disclosed.

An expert is required to provide a written report that contains "(i) a complete statement of all opinions the witness will express, (ii) the facts or data considered by the witness in forming

them; [and] (iii) any exhibits that will be used to summarize or support them." FED. R. CIV. P. 26(a)(2)(B). If a party fails to make a disclosure required under 26(a), "the party is not allowed to use that information or witness … at trial, unless the failure was substantially justified or is harmless." FED. R. CIV. P. 37(c)(1).

Dated: December 13, 2021

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ David D. Sterling*
    Brian C. Kerr
    30 Rockefeller Plaza
    New York, NY 10112-4498
    Tel: (212) 408-2543
    Fax: (212) 259-2543
    brian.kerr@bakerbotts.com

    David D. Sterling (admitted *pro hac vice*)
    Texas Bar No. 19170000
    Amy Pharr Hefley (admitted *pro hac vice*)
    Texas Bar No. 24046046
    910 Louisiana St.
    Houston, Texas 77002
    Tel: (713) 229-1946
    Fax: (713) 229-7946
    david.sterling@bakerbotts.com
    amy.hefley@bakerbotts.com

    **COUNSEL FOR DEFENDANTS**