**BAKER BOTTS L.L.P.**

Brian C. Kerr
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2543
Fax: (212) 259-2543

David D. Sterling (admitted *pro hac vice*)
Amy Pharr Hefley (admitted *pro hac vice*)
910 Louisiana
Houston, TX 77002
Telephone: (713) 229-1946
Fax: (713) 229-7946

*Counsel for Defendants*
*Chicago Bridge & Iron Company N.V.,*
*Philip Asherman, Ron Ballschmiede and*
*Westley Stockton*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | **CASE NO. 1:17-CV-1580**<br><br>Hon. Lorna Schofield |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'**
**<u>MOTION *IN LIMINE* NO. 15</u>**

Defendants Chicago Bridge & Iron Co. N.V. ("CB&I"), Philip K. Asherman, Ronald A. Ballschmiede, and Westley S. Stockton submit this Memorandum of Law in support of their Motion *in Limine* No. 15 to preclude any reference or comments mentioning, implying, or suggesting that there are any agreements among Defendants in this case relating to defense strategy or cost-sharing.

Such comments would be unfairly prejudicial to Defendants, would be irrelevant, and would confuse the issues and mislead the jury. FED. R. EVID. 402, 403.

|  |  |
|---|---|
| Dated: December 13, 2021 | Respectfully submitted, |

**BAKER BOTTS L.L.P.**

By: */s/ David D. Sterling*
    Brian C. Kerr
    30 Rockefeller Plaza
    New York, NY 10112-4498
    Tel: (212) 408-2543
    Fax: (212) 259-2543
    brian.kerr@bakerbotts.com

    David D. Sterling (admitted *pro hac vice*)
    Texas Bar No. 19170000
    Amy Pharr Hefley (admitted *pro hac vice*)
    Texas Bar No. 24046046
    910 Louisiana St.
    Houston, Texas 77002
    Tel: (713) 229-1946
    Fax: (713) 229-7946
    david.sterling@bakerbotts.com
    amy.hefley@bakerbotts.com

COUNSEL FOR DEFENDANTS