**BAKER BOTTS L.L.P.**

Brian C. Kerr
30 Rockefeller Plaza
New York, NY 10112-4498
Tel: (212) 408-2543
Fax: (212) 259-2543

David D. Sterling (admitted *pro hac vice*)
Amy Pharr Hefley (admitted *pro hac vice*)
910 Louisiana
Houston, TX 77002
Telephone: (713) 229-1946
Fax: (713) 229-7946

*Counsel for Defendants*
*Chicago Bridge & Iron Company N.V.,*
*Philip Asherman, Ron Ballschmiede and*
*Westley Stockton*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | **CASE NO. 1:17-CV-1580**<br><br>Hon. Lorna Schofield |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'**
**<u>MOTION *IN LIMINE* NO. 16</u>**

Defendants Chicago Bridge & Iron Co. N.V. ("CB&I"), Philip K. Asherman, Ronald A. Ballschmiede, and Westley S. Stockton submit this Memorandum of Law in support of their Motion *in Limine* No. 16 to preclude any reference or comments that imply or suggest that anyone on the Jury or Jury panel should attempt to "send Defendants a message," "set the standards in New York," or any other such language which is calculated to have the jury assess damages based upon an emotional response and not upon the evidence and the Court's charge.

Such an argument can only serve to unfairly prejudice, confuse, and mislead the members of the jury. FED. R. EVID. 402, 403. Such reference or comments would be particularly

inappropriate given that there is no claim for punitive damages. *Pappas v. Middle Earth Condo. Ass'n*, 963 F.2d 534, 541 (2d Cir. 1992) ("Comments that improperly play to the sympathy of a jury may not be justified because of a tenuous substantive connection to a legal issue present in the case."). And, "an appeal to the jury's regional bias is so inherently improper" that it may infect the trial and entirely undermine a verdict. *Id*.

Dated: December 13, 2021

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ David D. Sterling*
    Brian C. Kerr
    30 Rockefeller Plaza
    New York, NY 10112-4498
    Tel: (212) 408-2543
    Fax: (212) 259-2543
    brian.kerr@bakerbotts.com

    David D. Sterling (admitted *pro hac vice*)
    Texas Bar No. 19170000
    Amy Pharr Hefley (admitted *pro hac vice*)
    Texas Bar No. 24046046
    910 Louisiana St.
    Houston, Texas 77002
    Tel: (713) 229-1946
    Fax: (713) 229-7946
    david.sterling@bakerbotts.com
    amy.hefley@bakerbotts.com

**COUNSEL FOR DEFENDANTS**