**BAKER BOTTS** LLP

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL +1 713.229.1234
FAX +1 713.229.1522
BakerBotts.com

AUSTIN        LONDON
BEIJING       MOSCOW
BRUSSELS      NEW YORK
DALLAS        PALO ALTO
DUBAI         RIYADH
HONG KONG     SAN FRANCISCO
**HOUSTON**   WASHINGTON

December 13, 2021

**VIA ELECTRONIC FILING**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

By **December 21, 2021**, Plaintiffs shall file a response to this letter, identifying any excerpts of deposition testimony that require confidential treatment.

Dated: December 14, 2021
New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   *In re Chicago Bridge & Iron Company N.V. Sec. Litig.*, No. 1:17-cv-1580-LGS

Dear Judge Schofield:

Pursuant to Rule I.D. of Your Honor's Individual Rules and Procedures for Civil Cases, the Electronic Case Filing Rules & Instructions for the Southern District of New York, Section 6, and Standing Order 19-MC-00583, Defendants respectfully seek leave to file Defendants' Brief in Support of Their Motion to Exclude Expert Testimony of William Purcell and Exhibit D to the Declaration of Amy Hefley in Support under seal or in redacted form. Defendants' brief in support of their motion and Exhibit D contain references to and attach excerpts of deposition testimony that was designated "Confidential" by Plaintiffs. Defendants, however, have no interest in confidential treatment for any portion of the brief or exhibit. Therefore, pursuant to Rule I.D., Plaintiffs bear the burden of persuasion with respect to confidential treatment, and Defendants stand ready to file full, unredacted copies of these exhibits via ECF if so ordered.[1]

Respectfully submitted,

*/s/ David D. Sterling*
David D. Sterling

Cc:   All counsel of record (*via ECF*)

---

[1] Defendants also attach hereto an Appendix identifying all Parties and Attorneys of Record who should have access to the sealed documents.

69436285

**BAKER BOTTS** LLP

Hon. Lorna G. Schofield — - 2 - — December 13, 2021

# APPENDIX

Parties:

1. ALSAR Ltd. Partnership
2. Iron Workers Local 40, 361, & 417 – Union Security Funds
3. Iron Workers Local 580 – Joint Funds
4. Chicago Bridge & Iron Company N.V.
5. Philip Asherman
6. Westley Stockton
7. Ronald Ballschmiede

Attorneys:

1. Kim E. Miller
2. Craig J. Geraci, Jr.
3. J. Ryan Lopatka
4. Matthew Woodard
5. Melissa Harris
6. Morgan Embleton
7. Jeremy Lieberman
8. Joshua B. Silverman
9. Patrick Dahlstrom
10. Louis Ludwig
11. Omar Jafri
12. Brian C. Kerr
13. David Sterling
14. Amy Pharr Hefley
15. Sarah Coble

69436285