

December 20, 2021

*via ECF*

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Defendants' motion to seal at Docket No. 369 is **DENIED**. By **December 28, 2021**, Defendants shall file full, unredacted copies of the documents previously filed under seal. The Clerk of Court is respectfully directed to close the motion at Docket No. 369.
>
> Dated: December 21, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**Re:** *In re Chicago Bridge & Iron Co. N.V. Sec. Litig.*, No. 1:17-cv-1580-LGS

Dear Judge Schofield:

In accordance with Your Honor's December 14, 2021 Order directing Plaintiffs to respond to Defendants' December 13, 2021 letter motion to file their Brief in Support of their Motion to Exclude Expert Testimony of William Purcell and Exhibit D to the Declaration of Amy Hefley in Support under seal or in redacted form (*see* Dkt. Nos. 363 and 369), Plaintiffs write to inform Defendants and the Court that they maintain no interest in the confidential treatment of any such deposition testimony previously designated "Confidential." Accordingly, upon Order of the Court, Plaintiffs invite Defendants to file full, redacted copies of the aforementioned exhibits via ECF.

Respectfully submitted,

*/s/ Kim E. Miller*
Kim E. Miller

Cc:   All Counsel of Record (*via ECF*)