**BAKER BOTTS** L.L.P.

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL +1 713.229.1234
FAX +1 713.229.1522
BakerBotts.com

AUSTIN         LONDON
BEIJING        MOSCOW
BRUSSELS       NEW YORK
DALLAS         PALO ALTO
DUBAI          RIYADH
HONG KONG      SAN FRANCISCO
**HOUSTON**    WASHINGTON

December 28, 2021

Amy Pharr Hefley
TEL +1 713.229.1270
FAX +1 713.229.2770
amy.hefley@bakerbotts.com

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *In re Chicago Bridge & Iron Company N.V. Securities Litigation*; Case No. 1:17-CV-1580 (LGS), in the United States District Court for the Southern District of New York

Dear Judge Schofield:

In accordance with Your Honor's December 21, 2021 Order (ECF No. 412) directing Defendants to file a response to Plaintiffs' December 20, 2021 letter motion to file their Memorandum in Opposition to Defendants' Motion in *Limine* Number 6 and Exhibit B to the Declaration in Support under seal or in redacted form (ECF No. 385), Defendants Chicago Bridge & Iron Company N.V., Philip Asherman, Westley S. Stockton, and Ronald Ballschmiede write to inform Plaintiffs and the Court that they maintain no interest in the confidential treatment of any such deposition testimony previously designated "Confidential." Accordingly, upon Order of the Court, Defendants invite Plaintiffs to file full, unredacted copies of the aforementioned documents via ECF.

Respectfully submitted,

*/s/ Amy Pharr Hefley*
Amy Pharr Hefley

Cc:   All Counsel of Record (*via ECF*)

Plaintiffs' motion to seal at Docket No. 385 is **DENIED.** By **January 5, 2022**, Plaintiffs shall file full, unredacted copies of the documents previously filed under seal. The Clerk of Court is respectfully directed to close the motion at Docket No. 385.

Dated: December 29, 2021
       New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**