UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X
                                                         :
                                                         :
                                                         :
IN RE CHICAGO BRIDGE & IRON            :         17 Civ. 1580 (LGS)
COMPANY N.V. SECURITIES LITIGATION     :
                                                         :         **ORDER**
                                                         :
                                                         :
-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a jury trial was scheduled to commence on February 7, 2022, subject to the availability of courtrooms during the COVID-19 pandemic.

WHEREAS, the parties filed motions *in limine* in anticipation of trial.

WHEREAS, on January 6, 2022, Plaintiffs filed a letter stating that the parties have agreed to settle this action.  It is hereby

**ORDERED** that the jury trial scheduled for February 7, 2022, is **cancelled**.  It is further

**ORDERED** that the motions *in limine* are denied without prejudice.  It is further

**ORDERED** that, by **February 4, 2022**, the parties shall file a motion for approval of the settlement.

The Clerk of Court is respectfully directed to close the motions at Docket Nos. 313, 316, 320, 323, 326, 330, 333, 334, 337, 340, 342, 344, 346, 348, 351, 353, 355, 357, 359, 361, 363, 365, 367, 370 and 374.

Dated: January 7, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**