UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                        :

IN RE CHICAGO BRIDGE & IRON       :    17 Civ. 1580 (LGS)
COMPANY N.V. SECURITIES LITIGATION :

                                                        :    **ORDER**

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on February 4, 2022, Plaintiffs filed a motion for preliminary approval of the proposed Settlement Agreement with Chicago Bridge & Iron Company N.V., Philip Asherman, Ronald Ballschmiede and Westley Stockton.  It is hereby

       **ORDERED** that on **March 23, 2022, at 3:30 p.m.**, a preliminary approval hearing will be held on the following conference line: 888-363-4749, access code: 558-3333.  It is further

       **ORDERED** that any opposition to the preliminary approval motion shall be filed no later than **March 7, 2022**.  Any opposition, objection or comment shall not exceed fifteen (15) double-spaced pages.

Dated: February 7, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  **UNITED STATES DISTRICT JUDGE**