UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
                                                              :
                                                              :
IN RE CHICAGO BRIDGE & IRON                                   :   17 Civ. 1580 (LGS)
COMPANY N.V. SECURITIES LITIGATION                            :
                                                              :   **ORDER**
                                                              :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 4, 2022, Plaintiffs filed a motion for preliminary approval of the proposed Settlement Agreement with Chicago Bridge & Iron Company N.V., Philip Asherman, Ronald Ballschmiede and Westley Stockton.

WHEREAS, a Preliminary approval hearing is scheduled for March 21, 2022, at 2:00 p.m.  It is hereby

**ORDERED** that by **March 21, 2022,** Plaintiffs shall supplement their motion for preliminary approval by filing a document or spreadsheet including the information outlined in Section III. C. 5 of the Court's Individual Rules.  It is further

**ORDERED** that by **March 21, 2022,** Plaintiffs shall email a copy of the confidential agreement that allows Defendants to terminate the settlement under certain circumstances to Schofield_NYSDChambers@nysd.uscourts.gov.

Dated: March 16, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE