UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | ) ) **CASE NO. 1:17-CV-1580** ) ) Hon. Lorna Schofield ) ) |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**KAHN SWICK & FOTI, LLC**
Kim E. Miller (KM-6996)
J. Ryan Lopatka (*admitted PHV*)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (504) 455-1400
Fax: (504) 455-1498

Lewis S. Kahn
Craig J. Geraci, Jr. (*admitted PHV*)
1100 Poydras Street, Suite 3200
New Orleans, LA 70163
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Lead Counsel for Lead Plaintiff
ALSAR Ltd. Partnership and
Class Counsel*

**POMERANTZ LLP**
Joshua B. Silverman (*admitted PHV*)
10 South La Salle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Fax: (312) 229-8811

*Counsel for Additional Plaintiffs and
Class Representatives Iron Workers Local
40, 361, & 417 – Union Security Funds
and Iron Workers Local 580 – Joint
Funds*

Class Representative and Lead Plaintiff ALSAR Ltd. Partnership ("ALSAR"), together with Additional Plaintiffs and Class Representatives Iron Workers Local 40, 362, & 417 – Union Security Funds and Iron Workers Local 580 – Joint Funds (together "Iron Workers" and collectively with ALSAR, "Plaintiffs" or "Class Representatives"), respectfully move this Court for an Order to: (1) finally approve a $44,000,000 settlement that will dispose of all claims in this Action; (2) find that the Notice plan it approved at preliminary approval met all applicable requirements; and (3) approve the Plan of Allocation for the disbursement of the proceeds among Class Members. In support thereof, Plaintiffs file the accompanying Memorandum of Law and Declaration of Kim E. Miller. A [Proposed] Order with respect to both this Motion and the Motion for An Award of Attorneys' Fees and Expenses and Compensatory Awards for Plaintiffs will be attached to reply papers, so that it can be adjusted after the exclusion deadline to reflect parties seeking exclusion.

DATED: June 27, 2022                                    Respectfully submitted,

                                                        **KAHN SWICK & FOTI, LLC**

                                                        /s/ *Kim E. Miller*
                                                        Kim E. Miller (KM-6996)
                                                        J. Ryan Lopatka (*admitted PHV*)
                                                        250 Park Avenue, 7th Floor
                                                        New York, NY 10177
                                                        Telephone: (212) 696-3730
                                                        Fax: (504) 455-1498
                                                        Email: kim.miller@ksfcounsel.com
                                                        Email: j.lopatka@ksfcounsel.com

                                                        -and-

                                                        Lewis S. Kahn
                                                        Craig J. Geraci, Jr. (*admitted PHV*)
                                                        1100 Poydras Street, Suite 3200
                                                        New Orleans, LA 70163

> Telephone: (504) 455-1400
> Fax: (504) 455-1498
> Email: lewis.kahn@ksfcounsel.com
> Email: craig.geraci@ksfcounsel.com
>
> *Lead Counsel for Lead Plaintiff ALSAR Ltd. Partnership and Class Counsel*
>
> **POMERANTZ LLP**
> Joshua B. Silverman (*admitted PHV*)
> Patrick V. Dahlstrom
> 10 South La Salle Street, Suite 3505
> Chicago, IL 60603
> Telephone: (312) 377-1181
> Email: jbsilverman@pomlaw.com
>
> -and-
>
> Jeremy A. Lieberman
> 600 Third Avenue
> New York, NY 10016
> Telephone: (212) 661-1100
> Email: jalieberman@pomlaw.com
>
> *Counsel for Additional Plaintiffs and Class Representatives Iron Workers Local 40, 361, & 417 – Union Security Funds and Iron Workers Local 580 – Joint Funds and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Plaintiffs' Motion for Final Approval of Class Action Settlement on Defendants on June 27, 2022 via CM/ECF.

> /s/ *Kim E. Miller*
> Kim E. Miller