UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
:
:
:
IN RE CHICAGO BRIDGE & IRON    :    17 Civ. 1580 (LGS)
COMPANY N.V. SECURITIES LITIGATION   :
:    **ORDER**
:
:
:
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 27, 2022, Plaintiffs filed motions for final approval of the class action settlement and for attorney fees and expenses. Plaintiffs also filed a proposed order that combined relief on both motions.

WHEREAS, by Order dated August 2, 2022, the Court approved the class action settlement and struck the proposed language pertaining to fees and expenses. It is hereby

**ORDERED** that Plaintiffs shall file a revised proposed order granting the requested fees and expenses, with 50% of the fees and all of the expenses to be payable upon entry of the order, and the remaining 50% to be payable after substantially all of the claims have been paid upon application to the Court. The proposed order shall use as a baseline the comparable median percentage from NERA's *Recent Trends in Securities Class Action Litigation: 2021 Full-Year Review*, which yields a comparable of 27.1% where the settlement value is between $25 million and $100 million for settlements in securities class actions, and shall apply the *Goldberger* factors to the baseline to reach the requested fee amount of $33^{1/3}$% of the gross settlement amount, for substantially the reasons argued in Plaintiffs' memorandum of law, including particularly the first *Goldberger* factor as reflected in the lodestar amount.

Dated: August 2, 2022
       New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE