UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-CV-1580<br><br>**~~REVISED [PROPOSED]~~ ORDER ON PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |

This matter came before the Court upon a Final Approval Hearing on July 25, 2022. During the Final Approval hearing, the Court considered, among other things, Plaintiffs' Motion for an Award of Attorneys' Fees and Expenses. At the Final Approval Hearing, the Court instructed Plaintiffs to submit certain supplemental information regarding, *inter alia*, Plaintiffs' request for attorneys' fees. The motion is unopposed by Defendants and no objections were made to it. Having considered the motion papers, Plaintiffs' supplemental submission, the Stipulation of Settlement which the Court preliminarily approved on February 7, 2022 and has now finally approved, the arguments of counsel, and all files, records, and proceedings in this Action, and otherwise being fully informed in the premises as to the facts and the law.

THEREFORE ORDERED, ADJUDGED, AND DECREED:

1. Pursuant to 15 U.S.C. § 78u-4(a)(4), Plaintiffs' Counsel's request for an award of $14,666,667 in attorneys' fees, plus accrued interest on that amount, is approved. Having reviewed Plaintiffs' Counsel's application and all applicable legal authorities, the Court finds that a baseline for Plaintiffs' Counsel's attorneys' fees in this case is the comparable median percentage from NERA Economic Consulting, *Recent Trends in Securities Class Action Litigation: 2021 Full-Year*

1

*Review* (Jan. 25, 2022), being 27.1%, where the settlement value for securities class actions is between $25 million and $100 million. Upon application of the factors set forth by the Second Circuit in *Goldberger v. Integrated Res., Inc.*, 209 F.3d 43 (2d Cir. 2000), and in particular the time and labor expended by counsel (as reflected by Plaintiffs' Counsel's lodestar), for substantially the reasons argued in Plaintiffs' memorandum of law, the Court finds an adjustment of that baseline fee percentage to 33 1/3% to be reasonable and appropriate. 50% of the awarded attorneys' fees shall be payable upon entry of this Order, with the remaining 50% to be payable after substantially all of the Recognized Claims have been paid from the Settlement Fund upon application to the Court.

2. Plaintiffs' Counsel's request for reimbursement of litigation expenses in the amount of $3,462,683.78, plus accrued interest on that amount, is approved. The Court has reviewed these expenses and finds that they are reasonable and appropriate. The awarded expenses shall be payable to Plaintiffs' Counsel upon entry of this Order.

**SO ORDERED.**

DATED: August 5, 2022
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

HONORABLE LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE