UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | ) ) ) ) ) ) ) CASE NO. 1:17-CV-1580<br><br>Hon. Lorna Schofield |

**[PROPOSED] ORDER GRANTING AUTHORIZATION TO DISTRIBUTE THE FUNDS REMAINING IN THE NET SETTLEMENT FUND TO *CY PRES* RECIPIENT**

Having considered all materials and arguments submitted in support of the Unopposed Motion to Distribute the Funds Remaining in the Net Settlement Fund to *Cy Pres* Recipient (the "Motion"), including the Memorandum of Law in Support of the Motion, and the Declaration of Eric Nordskog Concerning the Remaining Funds for *Cy Pres*,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court approves payment of $867.37, the total amount of funds remaining in the Net Settlement Fund, to the Legal Aid Society from the Net Settlement Fund.

3. This Court retains jurisdiction over any further application or matter which may arise in connection with this Action.  The Clerk of Court is respectfully directed to close the motion at Dkt. 454.

**SO ORDERED:**

DATED: June 4, 2024

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**