UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHICAGO BRIDGE & IRON COMPANY N.V. SECURITIES LITIGATION | CASE NO. 1:17-CV-1580<br><br>Hon. Lorna Schofield |

**[PROPOSED] ORDER GRANTING AUTHORIZATION TO DISTRIBUTE UNCLAIMED SETTLEMENT FUNDS TO *CY PRES* RECIPIENT**

Having considered all materials and arguments submitted in support of the Unopposed Motion to Distribute Unclaimed Settlement Funds to *Cy Pres* Recipient (the "Motion"), including the Memorandum of Law in Support of the Motion, and the Declaration of Eric Nordskog Concerning the Unclaimed Funds for *Cy Pres*,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court approves payment of $28,880.31, the total amount of remaining unclaimed funds in the Net Settlement Fund, to the Legal Aid Society.

3. This Court retains jurisdiction over any further application or matter which may arise in connection with this Action.

**SO ORDERED:**

DATED: October 14, 2025

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**